```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 21814
    GARY YOUNG
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-6738

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/01/2005 and was confirmed 08/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  13.73% from remaining funds.

     The case was paid in full 11/28/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
FLAGSTAR BANK                CURRENT MORTG         .00            .00             .00
HARRIS BANK                  SECURED           1511.45         649.84         1511.45
HARRIS BANK                  UNSECURED         1166.14            .00          160.16
BANK OF AMERICA NA           UNSECURED       NOT FILED            .00             .00
ASPIRE                       UNSECURED         1800.33            .00          247.26
LVNV FUNDING LLC             UNSECURED OTH     584.96             .00           80.30
ECAST SETTLEMENT CORP        UNSECURED         4221.70            .00          579.81
CHASE BANK                   UNSECURED         3513.78            .00          482.58
PORTFOLIO RECOVERY ASSOC     UNSECURED         6408.65            .00          880.16
PORTFOLIO RECOVERY ASSOC     UNSECURED         3876.69            .00          532.42
FIRST MIDWEST BANK           UNSECURED       NOT FILED            .00             .00
JC PENNY                     UNSECURED       NOT FILED            .00             .00
M & I MARSHALL & IISLEY      UNSECURED       NOT FILED            .00             .00
STATE FARM BANK              UNSECURED         3247.91            .00          446.07
ECAST SETTLEMENT CORP        UNSECURED         5546.55            .00          761.76
HOLY FAMILY MEDICAL CENT     UNSECURED       NOT FILED            .00             .00
LVNV FUNDING LLC             UNSECURED         5508.29            .00          756.51
M & I MARSHALL & IISLEY      SECURED              .00             .00             .00
FIRST MIDWEST BANK           SECURED              .00             .00             .00
RESURGENT CAPITAL SERVIC     UNSECURED          584.96            .00           80.34
ROBERT J SEMRAD & ASSOC      DEBTOR ATTY      1,905.20                       1,905.20
TOM VAUGHN                   TRUSTEE                                           526.14
DEBTOR REFUND                REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 9,600.00

PRIORITY                                         .00
SECURED                                     1,511.45

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 21814 GARY YOUNG
```

```
     INTEREST                                             649.84
UNSECURED                                               5,007.37
ADMINISTRATIVE                                          1,905.20
TRUSTEE COMPENSATION                                      526.14
DEBTOR REFUND                                                .00
                                   ----------------  ----------------
TOTALS                                   9,600.00         9,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                 /s/ Tom Vaughn
   Dated: 02/28/08               _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```

                                      PAGE   2
            CASE NO. 05 B 21814 GARY YOUNG